No. 84–495. THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS ET AL. C. A. 3d Cir. [Probable jurisdiction postponed, 471 U. S. 1014]; and

No. 84–1379. DIAMOND ET AL. *v.* CHARLES ET AL. C. A. 7th Cir. [Probable jurisdiction noted, 471 U. S. 1115.] Motion of Women Lawyers' Association of Los Angeles, California, et al. for leave to file a brief as *amici curiae* granted.

No. 84–871. LOUISIANA PUBLIC SERVICE COMMISSION *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 4th Cir. [Probable jurisdiction postponed, 472 U. S. 1025];

No. 84–889. CALIFORNIA ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 4th Cir. [Certiorari granted, 472 U. S. 1025];

No. 84–1054. PUBLIC UTILITIES COMMISSION OF OHIO ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 4th Cir. [Certiorari granted, 472 U. S. 1025]; and

No. 84–1069. FLORIDA PUBLIC SERVICE COMMISSION *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 4th Cir. [Certiorari granted, 472 U. S. 1026.] Motion of Telephone Ratepayers Association for Cost-Based and Equitable Rates for leave to file a brief as *amicus curiae* granted. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 84–1077. WHITLEY, INDIVIDUALLY AND AS ASSISTANT SUPERINTENDENT, OREGON STATE PENITENTIARY, ET AL. *v.* ALBERS. C. A. 9th Cir. [Certiorari granted, 472 U. S. 1007.] Motion for appointment of counsel granted, and it is ordered that Gene B. Mechanic, Esquire, of Portland, Ore., be appointed to serve as counsel for respondent in this case.

No. 84–1181. NEW YORK *v.* CLASS. Ct. App. N. Y. [Certiorari granted, 471 U. S. 1003.] Motion of William E. Hellerstein, Esquire, to permit Mark C. Cogan, Esquire, to present oral argument *pro hac vice* on behalf on respondent granted.

No. 84–1192. GAF CORP. *v.* CHENG, 472 U. S. 1023. Motion of respondent to retax costs granted.